1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9   Carol Young,                                    No. CV-16-04057-PHX-BSB
10                          Plaintiff,
                                                    **ORDER**
11  v.
12  Diamond Medical Equipment LLC, et al.,
13                          Defendants.
14

15        The Court has considered the parties' Stipulation of Dismissal (Doc. 28) and good

16  cause appearing,

17        **IT IS ORDERED** dismissing this action in its entirety with prejudice, with each

18  party to bear their own costs and attorney's fees.

19        Dated this 24th day of July, 2017.

20

21        _____
22                        Bridget S. Bade
                     United States Magistrate Judge
23
24
25
26
27
28